Liza M. Walsh
Rukhsanah L. Singh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., ACTAVIS PHARMA, INC., ANDRX CORP., and ACTAVIS, INC., <br><br> Defendants. | Case No. 2:14-cv-06414 (FSH-MAH) <br><br> **CERTIFICATION OF RALPH J. GABRIC IN SUPPORT OF** *PRO HAC VICE* **ADMISSION** <br><br> *Electronically Filed* |

I, Ralph J. Gabric, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar for the State of Illinois and am a shareholder of the firm Brinks Gilson & Lione, attorneys for Defendants Actavis Laboratories FL, Inc., Actavis Pharma, Inc., Andrx Corp., and Actavis Inc. ("Defendants"), in the above-captioned matter. I make this certification in support of my application for the admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar for the State of Illinois in 1988.

3. I am a member in good standing in the Bar for the State of Illinois.

4. The name and address of the official or office maintaining the roll of the members of the Bar for the State of Illinois is Clerk of the Supreme Court, 200 East Capitol, Springfield, IL 62701.

5. No disciplinary proceedings have previously been imposed or are pending against me in any jurisdiction.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

7. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 3rd, 2014

Ralph J. Gabric